ROBERTSON v. BARRACK & SON.

**Mechanics' Liens: PRIORITY.** Mechanics' liens are entitled to priority in the order in which they are filed. (Laws of 1876, ch. 100, sec. 9.)

*Appeal from Polk District Court.* — HON. W. F. CONRAD, Judge.

FILED, JUNE 5, 1890.

Shadbolt & Boyd Iron Co. v. Camp.

THE plaintiff and defendant were parties defendant in the case of *Chicago Lumber Co. v. Tibbles Manuf. Co.*, *ante*, p. 369, and were made parties therein, because the holder of mechanics' liens on property involved in that suit. Robertson also filed petitions of intervention, claiming priority of liens. In that suit the lien of Barrack & Son was decreed superior to that of Robertson, and Robertson appeals, entitling the cause on appeal as above.

*Baylies & Baylies*, for appellant.

*Barcroft & Bowen*, for appellees.

GRANGER, J.—Both Robertson and Barrack & Son were mechanic's lien holders on the same property, and we are to determine their priority. Such liens take priority in the order of their filing. Section 9, ch. 100, Acts 16th Gen. Assem. The lien of Barrack & Son was filed November 13, 1888, and that of Robertson December 20, 1888. The district court rightly found the priority in favor of Barrack & Son, and its judgment is                   AFFIRMED.